UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BEDRI OZTURK,

                              Plaintiff,

   -against-

ANDREA QUARANTILLO, New York
District Director of United States
Citizenship and Immigration Services,

                             Defendants.
-----------------------------------------------------------------X

JUDGMENT
07-CV- 2190 (CPS)

      An Order of Honorable Charles P. Sifton, United States District Judge, having been filed on November 20, 2007, dismissing the action and all claims arising therefrom with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure; and each party is to bear its own costs, fees, including attorney's fees, and disbursements; it is

      ORDERED and ADJUDGED that the action is dismissed and all claims arising therefrom with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure; and that each party is to bear its own costs, fees, including attorney's fees, and disbursements.

Dated: Brooklyn, New York
       November 20, 2007

                                                                   ROBERT C. HEINEMANN
                                                                   Clerk of Court